IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO.: 0:23-945 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| EMMANUEL DEON FOSTER, ) | |
|    a/k/a "Big E" ) | |
|    a/k/a "E" ) | |
| TIMOTHY ANTONIO FLANAGAN, ) | |
|    a/k/a "Moe" ) | **CONSENT** |
| ERIC MICHAEL DEON BROWN, ) | **CONTINUANCE ORDER** |
| JACQUESE TRAVEON UNDERWOOD, ) | |
|    a/k/a "Joc" ) | |
| JARMAN LAMAR WHITE, ) | |
|    a/k/a "Jarmain Lamar White" ) | |
|    a/k/a "Skee" ) | |
|    a/k/a "Skee White" ) | |
| DEQAVION KEYON DAJOHN DESHEA COOK ) | |
|    a/k/a "Purp" ) | |
| BOBBY ANTOINIOS HALL ) | |
|    a/k/a "Little Bobby" ) | |
| ) | |

      This matter comes before the Court on motion of all the parties for a continuance of this case which is currently set for June 7, 2023 until this Court's term scheduled for August 2, 2023.   The grounds for this motion are that this is a wiretap case with more than three (3) months of taped telephone calls and more than forty thousand (40,000) pages of discovery that is being turned over to the defense counsels.  Additional discovery is being prepared to be turned over to the Defendants.  All parties agree that defense counsel need more time to receive the discovery and review it with their clients before trial.  In addition, a continuance will afford the parties the opportunity to begin plea negotiations, if appropriate, which could possibly avoid the need for a trial. The

Defendants, either in open court or with written consent, agreed to the continuance and waived their rights under the Speedy Trial Act.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the Defendants in a speedy trial against the ends of justice and finds that the latter outweigh the former.  The Court finds that a continuance until the August 2, 2023, term of court will allow defense counsels the time necessary to receive and review the discovery with the Defendants and will afford the parties the opportunity to begin plea negotiations, if appropriate, which could possibly avoid the need for a trial.

Therefore, the Court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the Court specifically finds, based on the entire record before it, that the ends of justice served by the granting of this continuance outweigh the interests of the public and the Defendants in a speedy trial.

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. Emmanuel Deon Foster, et al.,* Criminal No. 0:23-945, be continued until the Court's August 2, 2023, term of court and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, *et. seq.*

**IT IS SO ORDERED.**

                                          s/ Mary Geiger Lewis
                                          MARY GEIGER LEWIS
                                          UNITED STATES DISTRICT JUDGE

June 5, 2023
Columbia, South Carolina